STATE OF NEW JERSEY v. EVIAN RODRIGUEZ.

January 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN T. LILLIE.

January 26, 1982.

Petition for certification denied.

STEIN AND KURLAND, P. C. v. BOARD OF REVIEW,
DEPARTMENT OF LABOR AND INDUSTRY,
STATE OF NEW JERSEY.

January 26, 1982.

Petition for certification denied. (See 181 *N.J. Super.* 269)

STATE OF NEW JERSEY v. ROBERT P. HILTZ.

January 26, 1982.

Petition for certification denied.